No. 1039. People, Appellee, *v.* Pulliza, Appellant.—Violation of section 370 of the Penal Code. Humacao. June 21, 1916. *Judgment affirmed.*

No. 930. People, Appellee, *v.* García, Appellant.—Slander. Humacao. June 23, 1916. *Judgment affirmed.*

No. 1014. People, Appellee, *v.* Arana et al., Appellants.—

No. 1037. People, Appellee, *v.* León, Appellant.—

Lottery (pool). San Juan, Section 2. July 5, 1916. *Affirmed on the grounds of opinion in* People *v.* Martínez, *23 P. R. R. 212.*

No. 1059. People, Appellee, *v.* Trinidad, Appellant.—Assault and battery.

No. 1034. People, Appellee, *v.* Carrillo, Appellant.—Rape.

San Juan, Section 2. July 7, 1916. *Judgments affirmed.*

No. 1005. People, Appellee, *v.* Pagán, Appellant.—

No. 1008. People, Appellee, *v.* Oxios, Appellant.—

No. 1011. People, Appellee, *v.* Martínez, Appellant.—

No. 1012. People, Appellee, *v.* Gutiérrez, Appellant.—

No. 1016. People, Appellee, *v.* Bravo, Appellant.—

No. 1019. People, Appellee, *v.* Meléndez, Appellant.—

No. 1020. People, Appellee, *v.* Vega, Appellant.—

Violations of municipal ordinances. Ponce. July 10, 1916. *Appeals dismissed.*

No. 1047. People, Appellee, *v.* Molinary, Appellant.—Petty larceny. Aguadilla. July 11, 1916. *Judgment affirmed.*